[No. 56300-9-I. Division One. June 12, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. M.H., *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-8-00581-5, Larry E. McKeeman, J., entered May 3, 2005. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.

[No. 56316-5-I. Division One. June 12, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES BRADLEY, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-1-00092-7, Richard J. Thorpe, J., entered May 20, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56325-4-I. Division One. June 12, 2006.]

DON LITZENBERGER, *Appellant,* v. THE ESTATE OF DALE SHEPHERD, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 04-2-36254-7, George T. Mattson, J., entered May 20, 2005. *Reversed* by unpublished opinion per Agid, J., concurred in by Ellington, J.; Baker, J., dissenting.

[No. 56491-9-I. Division One. June 12, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. JACOB JUSTIN WHITAKER, *Appellant.*

Appeal from a judgment of the Superior Court for Island County, No. 05-1-00001-5, Vickie I. Churchill, J., entered June 24, 2005. *Reversed* by unpublished per curiam opinion.